1  KAREN P. HEWITT
   United States Attorney
2  MARY C. LUNDBERG
   Assistant U.S. Attorney
3  California State Bar No. 120630
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-6759
6  Email: Mary.Lundberg@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

FILED
MAY 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9              UNITED STATES DISTRICT COURT
10
               SOUTHERN DISTRICT OF CALIFORNIA
11

12
   UNITED STATES OF AMERICA,        )   Criminal No. 05CR2257-GT
13                                  )
                Plaintiff,          )
14                                  )   EX PARTE PETITION FOR
        v.                          )   REMISSION OF FINE
15                                  )   AND ORDER THEREON
   JESUS URIBE-SOTO,                )
16                                  )
                Defendant.          )
17  _____)

18      The United States of America, by its undersigned attorneys, petitions this court pursuant to
19  18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty
20  assessment imposed in this case.

21                              STATEMENT OF FACTS

22      1. On June 22, 2006, District Court Judge Gordon Thompson, Jr. rendered judgment against
23  the above-captioned defendant, levying a fine of $200.00.
24  / / /
25  / / /
26  / / /
27  / / /
28  CRIMP_01

2. On November 3, 2006, the defendant was released from the San Diego Metropolitan Correction Center. Upon his release from incarceration the United States Attorney's Financial Litigation Unit staff completed various skip-tracing techniques in locating the debtor. It was subsequently determined that defendant, Jesus Uribe-Soto, was deported by the Immigration and Naturalization Service and sent back to Mexico, December, 2006.

3. The United States Attorney has been unable to collect the fine.

4. 18 U.S.C. § 3573 provides that:

> Upon petition by the government that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice-
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

Public Law 100-690 (November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statute shall apply to all fines and assessments, irrespective of the date of imposition.

5. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further effort would, in fact, be contrary to the interests of the United States because they would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine and penalty assessment, including interest and penalty.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STATEMENT OF ACCOUNT:

| | |
|---|---|
| Fine | $200.00 |
| Interest to date at 0.00% | $  0.00 |
| 25% late-payment penalty | $  0.00 |
| Penalty Assessment | $110.00 |
| SubTotal | $310.00 |
| Payments: | 00.00 |
| TOTAL DUE | $310.00 |

DATED: May 11, 2009.

                    KAREN P. HEWITT
                    United States Attorney

                    MARY C. LUNDBERG
                    Assistant U.S. Attorney

<u>O R D E R</u>

IT IS SO ORDERED.

DATED: May 13, 2009

                    Judge of the District Court